THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAT DE VIVO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crimes of assault in the third degree and of carrying a dangerous weapon, and imposing sentence, with operation of the sentence suspended, and from the sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD GARRETT, True Name, RONALD JOSEPH PETER GARRETT, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD EPEL, True Name, ARNOLD JOSEPH EPEL, Appellant.— Defendants appeal from judgments of the County Court, Queens County, convicting them of grand larceny in the second degree. Judgments unanimously affirmed. While this court does not approve the practice, upon the *voir dire* of prospective jurors, of propounding hypothetical questions containing detailed statements of fact, which counsel expects to establish, and presupposed rules of law to be charged by the court, with the extraction of a statement by a talesman as to how he shall vote under the circumstances, upon all the facts disclosed in this record and in view of the substantial proof of defendants' guilt, the error may be disregarded under section 542 of the Code of Criminal Procedure. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRACE LOPORCARO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of assault in the third degree and of possessing a dangerous weapon, and from the sentence imposed. Judgment modified on the law by setting aside the conviction of possessing a dangerous weapon, and by dismissing the second count of the information. As so modified, judgment unanimously affirmed. The findings of fact are affirmed. The sentence, as imposed, is approved and affirmed as punishment for conviction of the crime of assault in the third degree. There was ample evidence to justify the court's determination that appellant assaulted the complaining witness by striking him over the head with a wooden crate, but, under the circumstances here, the evidence was insufficient to establish a violation of section 1897 of the Penal Law. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.